UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA EATON and<br>GEORGE R. SHADIE, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL NO. 3:CV-07-328 |
| | : | |
| BANK OF AMERICA f/k/a<br>MBNA AMERICA BANK NATIONAL<br>ASSOCIATION, | : | (Judge Kosik) |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 2nd day of July, 2007, IT APPEARING TO THE COURT THAT:

(1) Plaintiffs filed a motion for leave to amend their complaint on June 1, 2007;

(2) Plaintiffs failed to file the proposed amended complaint as an attachment to the motion as required by M.D.Pa. Local Rule 15.1;

(3) No certificate of concurrence or non-concurrence was attached to the motion as required by M.D.Pa. Local Rule 7.1;

(4) Moreover, no brief was filed in support of the motion as required by M.D.Pa. Local Rule 7.5;

(5) On June 18, 2007, defendant filed an opposition to plaintiffs' motion for leave to amend the complaint;

(6) In the opposition, defendant raises the plaintiffs' failure to file a certificate of

concurrence, failure to file a supporting brief and failure to attach the proposed amended complaint;

      (7) We find that plaintiffs have failed to comply with M.D.Pa. Local Rules 15.1, 7.1 and 7.5;

      ACCORDINGLY, IT IS HEREBY ORDERED THAT the plaintiffs' motion for leave to amend the complaint (Doc. 8) is DEEMED WITHDRAWN.

      *s/Edwin M. Kosik*
      United States District Judge