# Memorandum

TO:        All Counsel

FROM:      Judge Edwin M. Kosik

DATE:      August 13, 2008

SUBJECT:   Eaton v. Bank of America
           MDPA; Civil Number 3:CV-07-328

    You guys ran out of here as if the court had a plague. Not even a thank you or a good-bye. It is no way to treat our hospitality and extra duty as a babysitter of a lovely child.

    We are scheduling the case for trial on September 29, 2008 at 8:30 a.m. You must comply with the rules by providing a trial brief with authorities for each claim and/or defense. You will need proposed findings of fact and conclusions of law unless you can submit agreed facts and legal points.

    Attorney Barrett, who assisted your mediation, will pick up on it after he returns from his honeymoon. It seems to me the bank ought to extend itself to correct plaintiff's credit rating to the extent the bank's conduct may have tarnished it.

EMK:mb